UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Copies mailed FEB 1 3 2020
Chambers of Judge Kaplan

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-                                                                05-cr-517 (LAK)

MANUEL SALAZAR ESPINOZA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  FEB 1 3 2020

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The government's response to defendant's motion [DI 178] shall be filed no later than March 30, 2020. Defendant shall file his reply, if any, within 30 days of the date that the government files its response.

      SO ORDERED.

Dated:     February 13, 2020

                                        Lewis A. Kaplan
                                 United States District Judge