UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                         05-cr-0517 (LAK)

MANUEL SALAZAR-ESPINOSA,

                Defendant.

------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Defendant's motion for an extension of time [DI 182] within which to file a reply to the government's opposition to his motion for compassionate release is granted to the extent that defendant's time is extended to and including June 15, 2020.

      SO ORDERED.

Dated:    April 18, 2020

                                      /s/    Lewis A. Kaplan
                                _____
                                      Lewis A. Kaplan
                                  United States District Judge