Rec'd LAK
4/17/2020

April 4, 2020

U.S. District Court
Southern District of New York
Clerk of The Court

Re: U.S. v. Salazar-Espinoza
Case N°: S3:05-cr-517 (LAK)

Dear Judge:

I respectfully write this letter to request an extension of time to respond to the Government's motion opposing my motion for compassionate release. The Government's response was received on April 1, 2020. However, on the same day this BOP institution was placed in an indefine Lock-down status due to the Covi-19 Crisis. The lock-dow could extend for over a month.

During lock-down inmates are allowed out of their rooms one hour three times a week to shower and use the phone to

- 2 -

communicate with family. Meals are delivered to the respective rooms. No access to law library or legal material and files is granted making it impossible to respond, or even research and draft a motion in response.

The attention and consideration to this request will be greatly appreciated.

Sincerely,

Manuel Salazar-Espinoza
Reg. No: 59264-054
F.C.I. Jesup
2680 HWY 301 South
Jesup GA 31599

From:
Kauub Juazor 54261-054
Federal Correctional Institution
2680 Hwy 301 South
Jesup, GA - 31599

LEGAL MAIL

To: United States District Court
Chambers of
Louis A. Kaplan
United States District Judge
500 Pearl Street
New York, N.Y. 10007