Manuel Felipe Salazar
Reg. No. 59264-054
McRae Correction Facility
P.O. Box Drawer 55030
McRae Helena, GA. 31055

**Office of the Clerk**
United States District Court
Southern District of New York
U.S. Courthouse 500 Pealr ST
New York, NY 10007-1312

**RE**: Request for response status petition for writ of habeas corpus. Case No. S3-05CR517LAK

**Date**: June 11, 2021

---

Dear Sir/ Madam,

    Five months ago I send a writ of habeas corpus; since then, I don't have any answer about it. I badly need to know the current response about my request; I will be great if you take a hand look to this matter.

Respectfully Submitted;

_____
Manuel Felipe Salazar

MANUEL FELIPE SALAZAR
Reg. No. 59264-054  This correspondence originated
McRae Correctional Facility
P.O. Box Drawer 55030 from McRae Correctional Facility
McRae Helena, GA 31055 said facility is not responsible
for the substance or contents



CERTIFIED MAIL

7020 1290 0000 7086 6156

CONFIDENTIAL

Crim. Div JCR

Office of the Clerk
United States District Court
Southern District of New York
U.S. Courthouse 500 Pearls ST
New York, NY 10007-1312