UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

-against-

S3 05 Crim. 0517 (LAK)

MANUEL FELIPE SALAZAR-ESPINOSA,

Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Now before the Court is a so-called petition for a writ of habeas corpus filed January 22, 2021 (Dkt 189). On June 17, 2021, the Court held that the petition was a second or successive petition that it could not entertain absent leave of the Court of Appeals and transferred it to the Second Circuit pursuant to *Liriano v. United States,* 95 F.3d 119, 123 (2d Cir. 1996). (Dkt 192) The Second Circuit subsequently denied defendant's motion for leave to file the petition. (Dkt. 193)

      Accordingly, the petition (Dkt 189) is dismissed.

      SO ORDERED.

Dated:    December 9, 2022

                                                  Lewis A. Kaplan
                                          United States District Judge