UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

-against-                                                   05-cr- 0517 (LAK)

MANUEL FELIPE SALAZAR-ESPINOSA,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The government shall respond to defendant's compassionate release motion no later than February 6, 2023. Any reply in support of the motion shall be filed no later than February 20, 2023.

       SO ORDERED.

Dated:     January 5, 2023

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge