UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,

        -against-                                                     05-cr- 0517 (LAK)

MANUEL FELIPE SALAZAR-ESPINOSA,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/23

**NOTICE**

LEWIS A. KAPLAN, *District Judge.*

        Jeffrey W. Coyle, who recently appeared on behalf of the government, previously served as one of my law clerks.

Dated:        February 14, 2023

                                                        Lewis A. Kaplan
                                               United States District Judge