UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

        -against-

                                    05-cr- 0517 (LAK)

MANUEL FELIPE SALAZAR-ESPINOSA,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE**

LEWIS A. KAPLAN, *District Judge*.

        The order docket at ECF No. 215 is vacated, as the Court has found the defendant's reply papers.

        SO ORDERED.

Dated:       June 1, 2023

                                       Lewis A. Kaplan
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-1-23