```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-1-2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

           -against-                     05-cr-0517 (LAK)

MANUEL FELIPE SALAZAR-ESPINOSA,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On or before June 30, 2023, the government shall file an affidavit or declaration setting forth (1) the name and location of the facility where Mr. Salazar-Espinosa currently is imprisoned, (2) the numbers and percentages of (a) open COVID-19 cases among inmates and staff at the facility where Mr. Salazar-Espinosa currently is imprisoned as of the first of each of the last 12 months, and (b) newly diagnosed COVID-19 cases among inmates and staff for each of the last 12 months at the facility where Mr. Salazar-Espinosa currently is imprisoned, (3) how often, if at all, inmates at the facility where Mr. Salazar-Espinosa currently is imprisoned are tested for COVID-19, (4) the numbers and percentages of inmates and staff fully vaccinated against COVID-19 at the facility where Mr. Salazar-Espinosa currently is imprisoned, and (5) the types of COVID-19 treatments that are available on site, if any, at the facility where Mr. Salazar-Espinosa currently is imprisoned.

        SO ORDERED.

Dated:      June 1, 2023

                                                    Lewis A. Kaplan
                                            United States District Judge