```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2023
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
          Plaintiff,
against

05-cr-0517 (LAK)

MANUEL SALAZAR-ESPINOSA,
          Defendant.

---

## CONSENT ORDER

Defendant, Manuel Salazar-Espinosa, through his attorney, Linda George, Esq., having filed a motion for compassionate release pursuant to 18 U.S.C. §3582(c), D.E. 195, and the government having responded, and the court, upon considering the arguments of the parties, having issued a Memorandum and Order granting the relief requested by plaintiff upon the filing of a consent by defendant, approved as to form by the government, delineating certain conditions of release set forth below, D.E. 220, and as is set forth in an Amended Judgment of Conviction signed on this date,

It is Ordered:

(1) Defendant's sentence is hereby reduced to time served;

(2) Within two days of service of this order on the relevant parties, Defendant shall be immediately transferred from the custody of the BOP to the custody of United States Immigration and Customs Enforcement ("ICE") pursuant to the existing detainers so that Defendant may be removed to Colombia as soon as practicable, and

~~(3) Defendant shall be expeditiously removed by ICE to Colombia, and~~

(3) ~~Defendant is, and shall be, prohibited from reentering or being found in the United States following his removal from this country by ICE, and~~ Defendant's counsel shall assist in the effectuation of Defendant's prompt removal to Colombia and will update the Court and the government by letter as to the status of Defendant's transfer to ICE custody and subsequent removal, and

(4) Defendant is, and shall be, prohibited from reentering or being found in the United States following his removal from the country by ICE.

IT IS FURTHER ORDERED, that a copy of this Order shall be served on all parties, including the Federal Bureau of Prisons and the Department of Homeland Security, Immigration and Customs Enforcement, within __2__ days of the date hereof.

Dated: November 6 2023

_____
Lewis A. Kaplan
United States District Judge

Consented to by:

_____
Adam Sowlati, AUSA
On behalf of the Government

Dated:  November 3, 2023

_____
Linda George, Attorney at Law
On behalf of Defendant

Dated: November 3, 2023